THE MATHEWS LAW GROUP
Charles T. Mathews Esq. SBN 55889
Patrick Chung Esq. SBN 250209
2596 Mission Street, Suite 204
San Marino, California 91108
Ph.:     (626) 683-8291
Fax:     (626) 683-8295

Attorneys for Plaintiff and the Proposed Classes,
FRANK ORTEGA

FILED
11 JAN 18 PM 1:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

FRANK ORTEGA, on behalf of
himself and all others similarly
situated,

                Plaintiff,

vs.

CUSTOMER CONTACT
SOLUTIONS, LLC, CCS GLOBAL
MANAGEMENT, LLC,
CLAIMASSIST, LLC, CCS
COMMERCIAL, LLC, and
CAPITAL ASSISTANCE GROUP,
LLC,

Defendants.

CASE NO.

CV11 0522 R (JEMx)

**CLASS ACTION
COMPLAINT FOR
DAMAGES AND
INJUNCTIVE RELIEF
PURSUANT TO THE
TELEPHONE CONSUMER
PROTECTION ACT, 47 U.S.C.
§ 227 *ET SEQ.***

**Jury Trial Demanded**

Frank Ortega ("Plaintiff"), individually and on behalf of all others similarly situated, allege on personal knowledge, investigation of counsel, and on information and belief as follows:

## INTRODUCTION AND NATURE OF ACTION

1.     Plaintiff brings this action for statutory damages, injunctive relief and any other available legal or equitable remedies, resulting from the illegal actions of

CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, CCS COMMERCIAL, LLC, and CAPITAL ASSISTANCE GROUP, LLC (operating as "The CCS Companies"),[1] national collection agencies, in negligently and/or willfully placing calls to Plaintiff on his cellular telephone without his prior express consent and not for emergency purposes (sometimes referred to herein as "Prohibited Calls"), in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, ("TCPA").

2.     Plaintiff is one such victim of Defendants' repeated Prohibited Calls. Worst of all, Plaintiff (and others similarly situated) <u>do not even owe the debt</u> at issue, as the calls are intended for a completely different individual. This is a problem faced by a large number of Americans and is summarized in a recent New York Times posting, entitled "*When a Debt Collector Calls for Debt You Don't Owe.*"[2]

3.     In 1991, Congress enacted the TCPA in an effort to combat the invasion of privacy faced by everyday Americans who received unwanted calls. In relevant part, the TCPA prohibits the use of an automatic telephone dialing system to call any telephone number assigned to a cellular telephone service absent an emergency purpose or the "prior express consent" of the called party. The Federal Communication Commission ("FCC"), the agency empowered to implement the TCPA, mandates that "the burden will be on the creditor to show it obtained the necessary prior express consent."[3]

---

[1] *See* http://www.ccsusa.com/other-companies.html
[2] Jennifer Schultz, *When a Debt Collector Calls for Debt You Don't Owe*, N.Y. Times, Nov. 1, 2010. (Available at, http://bucks.blogs.nytimes.com/2010/11/01/when-a-debt-collector-calls-for-debt-you-dont-owe/)

[3] *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 F.C.C.R. 559, at ¶ 10 (2008).

## JURISDICTION AND VENUE

4.     This Court has jurisdiction under the Class Action Fairness Act of 2005 because Plaintiff seeks up to $1,500 in statutory damages for each of the hundreds of calls that were placed to his cellular phone in violation of the TCPA, which, when aggregated among a proposed class, numbering in the tens of thousands, easily exceeds $5,000,000 and Plaintiff is a citizen of California and the CCS COMMERCIAL, LLC and CLAIMASSIST, LLC are both limited liability companies organized under the laws of Delaware with their principal places of business in Massachusetts.  Additionally, Defendants CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, and CAPITAL ASSISTANCE GROUP, LLC are all limited liability companies organized under the laws of Massachusetts with their principal places in Massachusetts.

5.     Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b) and 1441(a) because the events giving rise to Plaintiff's claims against Defendant occurred within the State of California and the Los Angeles County.

## PARTIES

### A.     THE PLAINTIFF AND DEFENDANTS

6.     Plaintiff is, and at all times mentioned herein was, an individual citizen of the State of California, and resident of the Los Angeles County.  Plaintiff is, and at all times mentioned herein was, a "person" as defined by 47 U.S.C. § 153(10).

7.     CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, CCS COMMERCIAL, LLC, and

CAPITAL ASSISTANCE GROUP, LLC (collectively referred to as the "CCS Enterprise") and each of them are a "person," as defined by 47 U.S.C. § 153(10).

8.     Each member of the CCS Enterprise shares the primary corporate address:  Two Wells Avenue, Newton, Massachusetts, 02459.

9.     CCS COMMERCIAL, LLC and CLAIMASSIST, LLC are both limited liability companies organized under the laws of Delaware.

10.    CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, and CAPITAL ASSISTANCE GROUP, LLC are all limited liability companies organized under the laws of Massachusetts.

**B.     THE CCS ENTERPRISE**

11.    Each member of the CCS Enterprise are, and at all times mentioned herein all have been, national collections agencies.

12.    Upon information and belief and investigation of counsel, at all relevant times, the members of the CCS Enterprise:

(a)  have been managed and controlled by David Sands, Steven J. Sands, Steven C. Hodge and Mark Ramsdell;

(b)  have the right to control the other members of the CCS Enterprise;

(c)  share a common business, financial and pecuniary interests in seeking to collect debts for their customers through use of automatic telephone dialing system(s) and/or a artificial or prerecorded voice(s), as prohibited by 47 U.S.C. § 227(b)(1)(A).

(d)  marketing themselves as a common undertaking for the collection of debts and maximum recovery of debts, including as described below;[4] and

---

[4] *See* http://www.ccsusa.com/index.html

(e) sharing a common principal place of business and telephone number (1-800-CASH-FlOW).

13. The CCS Enterprise collectively advertises its use of automatic telephone dialing systems and artificial or prerecorded voice on their website:

**Automated Voice Messaging (AVM)**

Voice messaging is revolutionizing the way organizations interact with their customer base. Thousands of companies, coast to coast, have proven the value of AVM to help grow revenues, strengthen customer relationships, improve customer care, and to accelerate payments.

AVM contact programs proactively deliver essential information that helps customers make informed / timely decisions. Automated Voice Messaging helps our clients reach out to customers quickly with highly-relevant and timely information.

CCS initiates scores of outbound calls daily, using "CCS True Voice" technology (professional voice talent providing the most realistic call experience possible) to communicate the intended party's name upon connection. Custom variable text is interlaced between professionally recorded greetings to create a seamless outbound telephone presentation.

Our platform's ability to penetrate lists in an expedited manner offers significant throughput efficiencies. An Interactive Voice Messaging (IVM) campaign can take several hours to complete, while live agent campaigns take weeks; and direct mail campaigns are often measured in months.

Furthermore, AVM scripts can be adjusted "on the fly," based upon real-time campaign statistics and customer response rates. It is much more difficult to change direction with live agents, and even more so with direct mail initiatives.

Strategic communication points include; acquisition, retention, service reminders, alerts, status updates, past due collection campaigns, etc.

CLASS ACTION COMPLAINT FOR DAMAGES

(Available at, http://www.ccsusa.com/avm.html)

14.     Similarly, the CCS Enterprise collectively advertises its use of automatic telephone dialing systems on their website:[5]

**Text Messaging (SMS)**

All over the world, people have come to rely on their mobile phone as an essential communications tool. They personalize it, take it everywhere they go, and many cannot imagine living without it.

Text messaging (SMS) has increasingly grown in popularity and is now considered a primary communication tool for businesses. It is both cost effective and a preferred channel for consumers to receive relevant and personalized information. By delivering information directly to a mobile device, the communication is immediate and convenient. CCS' messaging solutions can help you conduct business smarter and faster – driving more revenue while controlling costs.

What are the top reasons your company should implement a mobile messaging solution?

* cost effectiveness
* high reach
* high response rates
* immediacy
* automation
* reporting
* trackable ROI

Increase results by combining text messaging with automated voice messaging campaigns. By delivering messages across several channels, organizations can expect to see a lift in customer response rates. The impact can be quickly measured, as campaigns are tested, monitored, and adjusted to refine / improve ongoing results.

(Available at, http://www.ccsusa.com/sms.html)

---

[5] *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946 (9th Cir. 2009) (holding SMS Text Messages constitute "calls" for purposes of the TCPA).

**CLASS ACTION COMPLAINT FOR DAMAGES**

15.   Given the common right of control among the members of the CCS Enterprise, the shared management, collective marketing efforts related to the use of automatic telephone dialing systems, common business, financial and pecuniary interests in debt collection as a member of the self-proclaimed "CCS Companies,"[6] and egregious violations of the TCPA alleged herein — the CCS Enterprise's corporate formalities should not be recognized by this Court and all members of the CCS Enterprise should be held vicariously liable for the Prohibited Calls placed by the enterprises other members.

16.   Plaintiff reserves the right to amend the Complaint, including, to add Defendants' clients who compensate Defendants and each of them for making Prohibited Calls.

## PLAINTIFF'S FACTUAL ALLEGATIONS

17.   Plaintiff has received approximately thirty Prohibited Calls to his cellular phone during the past six months.

18.   The Prohibited Calls received by Plaintiff were intended for a person other than the Plaintiff.

19.   Plaintiff has incurred charges for these Prohibited Calls. The FCC has made clear that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used."[7]

20.   During these Prohibited Calls one or more members of the CCS Enterprise used an "automatic telephone dialing system and/or an artificial or prerecorded voice" as prohibited by 47 U.S.C. § 227(b)(1)(A).

21.   These calls were for the purpose of collecting debt and were not for emergency purposes as set forth in 47 U.S.C. § 227(b)(1)(A).

---

[6] *See* http://www.ccsusa.com/index.html

[7] *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 F.C.C.R. 559, at ¶ 7 (2008).

**CLASS ACTION COMPLAINT FOR DAMAGES**

22.     Plaintiff did not provide "prior express consent" to receive the Prohibited Calls on his cellular telephone as set forth in 47 U.S.C. § 227(b)(1)(A).

23.     These Prohibited Calls placed by one or more member of the CCS Enterprise were in violation of 47 U.S.C. § 227(b)(1).

## CLASS ACTION ALLEGATIONS

24.     Plaintiff brings this action on behalf of himself and on behalf of all others similarly situated (the "Consent Class"), as follows:

> **All persons within the United States to whom one or more members of the CCS Enterprise has placed a call to said person's cellular telephone (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, within the four years prior to the filing of this Complaint.**

25.     Plaintiff also brings this action on behalf of himself and on behalf of all others similarly situated (the "Error Subclass"), as follows:

> **All persons within the United States to whom one or more members of the CCS Enterprise has placed a call to said person's cellular telephone (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, within the four years prior to the filing of this Complaint, where such person is not the debtor (*i.e.*, not the intended recipient of Defendant's call).**

26. Plaintiff also brings this action on behalf of himself and on behalf of all others similarly situated (the "No-Relation Subclass"), as follows:

> **All persons within the United States to whom one or more members of the CCS Enterprise has placed a call to said person's cellular telephone (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, within the four years prior to the filing of this Complaint, where such person does not have any debtor-creditor relationship with the Defendant or the Defendant's clients (*i.e.*, the recipient of Defendant's call is a reference, co-signer, family member of the debtor or the like).**

Hereafter, the Consent Class, Error Subclass and No-Relation Subclass are referred to collectively as the "Classes."

27. Defendants, their employees and other agents, the Judge to whom this action is assigned and any members of the Judge's staff, and claims for personal injury, wrongful death and/or emotional distress are excluded from the Classes. Plaintiff reserves the right to expand the class definitions to seek recovery on behalf of additional persons as warranted as facts are learned in further investigation and discovery.

28. Plaintiff does not know the number of members in the Consent Class, Error Subclass and No-Relation Subclass, but believes, based on Defendants' market share and investigation of counsel, that the number is in the tens of thousands, if not substantially higher. Thus, joinder of all Consent Class, Error

Subclass or No-Relation Subclass members is impractical due to the size and relatively small value of each member's claim.

29.     Indeed, the Internet is replete with discussions between numerous members of the Consent Class, Error Subclass and No-Relation Subclass — all desperate to end Defendants' calls.  The following is a sampling, evidencing Defendants' egregious violations of the TCPA, the invasion of privacy suffered by members of the Classes, the numerosity of the class, the commonality of the issues and the typicality of Plaintiff as a class representative:

"Jennifer LKG replies to Deb
27 Mar 2007

Just received a call on my cell phone - not at home - no mail & nothing on my credit report.  They left no message.  I have no outstanding information on my credit report & do not give out my cell number.  What the heck is going on.  I found you by googling the 800 number."

(Available at, http://800notes.com/Phone.aspx/1-800-317-7249)

"JoAnn
6 Sep 2007
 Hey everyone. I have gotten an address and direct telephone number to the main company. This company is forever calling MY cell phone to try and get in contact with the debt holder. I have requested numerous times for this company to QUIT calling me. But they refuse. . . ."

(Available at, http://800notes.com/Phone.aspx/1-800-708-6019/3)

"FredM
11 Sep 2007
 Got a call just a few moments ago from CCS.  They keep calling on a spare cell number we have had for years and only use as a backup phone.  Normally it is off so we never hear the ring. Since I owe no one kinda hard for me to have an out standing bill."

(Available at, http://800notes.com/Phone.aspx/1-800-708-6019/3)

"R2
13 Sep 2007
Same as everybody else....except they are asking me for my girlfriends dad...and are calling my cell phone"

(Available at, http://800notes.com/Phone.aspx/1-800-708-6019/3)

CLASS ACTION COMPLAINT FOR DAMAGES

"Frustrated Beyond Belief
7 Oct 2008
These people call my cell every day, three or more times a day.
 Today they have called me FOUR times, EVERY HOUR!!! I tried to call back, ONCE, and got some annoying recording. I just hung up. I now BLOCK them on my cell. My phone never rings, but I do get a message "missed call" in my log. I don't know who these people are and really do not care."

(Available at, http://whocallsme.com/Phone-Number.aspx/3012230050)

"Peabody
20 Jan 2009
They are a collection agency. Someone in my office erroneously gave them my cell number. They are trying to collect a $130 invoice for Quill Corporation which my company paid over a year ago and Quill can't seem to understand that they credited someone else's account. After faxing them proof three times, they turned the account over for collection. Now these yahoos keep calling me at lunchtime. I told them once not to call me on my cell but to contact my office, no good. Now I just ignore the 301 area code calls."

(Available at, http://whocallsme.com/Phone-Number.aspx/3012230050)

"TD
15 Feb 2008
This company is beyond belief. They call and call my cell, at all hours (before 6AM and after 9pm); don't leave a "real" message, just that recording. When I do answer, it's still the recording and no one comes on. I don't have collections and can't get them to stop!"

(Available at, http://whocallsme.com/Phone-Number.aspx/8007086019)

"james
25 Jan 2009
Ya  got a cal at 6:24pm, [expletive] I dont have ay debt! I dont eve have a credit card or anything. and the dates that they gave me on this fake website dont eve make sense. I was living in germany at that time! I ddnt even have this cell phone! Dont pay them its a bunch of bull!"

(Available at, http://whocallsme.com/Phone-Number.aspx/8007086019)

Oct 31st 2010 - 3:56:35pm EDT
"calls on sundays and late at night! no one speaks english as their first language! very broken dialect - hard to understand and calling for someone who we dont even know!!"

(Available at, http://www.numberinvestigator.com/617581)

-11-

CLASS ACTION COMPLAINT FOR DAMAGES

"CCS???
January 7, 2009
"I get calls from this CCS recording crap every single day. It spells my name...but not my last name. It is almost as if it only read the first and middle initial. I owe no money to anyone. I tried calling back, but the lady asked me for a file number. I told her that I have no file number, then that was the end of our conversation. However, I am still getting the same recorded calls. How do I go about this matter???"

(Available at, http://www.callferret.com/877-289-0281.html)

"Abigail
2009-05-14
"(CCS) Credit collection services SUCK!!! This is their number 866-945-4973. I keep getting a call from them everyday several times a day. I finally answered the phone they ask for a specific person, I tell them they have the wrong number. I ask them to remove my number. They say everytime [sic] they will, but they do not. They keep calling and harassing me and are extremely rude over the phone. Will never answer any of my questions, but expected you to answer all of thiers [sic]. I called them back, tired of this BULL[]. I do not owe them anything, and they will not talk to me that way when calling me. I called them asked to speak to a supervisor. So I got a supervisor on the phone. Explaned [sic] to them what has happened [sic]. So she asked for my telephone number, then asked me about another person if they live there, I told her no. Then she mentioned another if they live there I said no. Three different people now they have mentioned. . . ."

(Available at, http://www.complaintsboard.com/complaints/letter-of-satisfaction-c183929.html#c316136)

30.     The members of the Consent Class, Error Subclass and No-Relation Subclass share well defined, nearly identical, questions of law and fact, which predominate over questions that may affect individual members of the Classes. These common questions of law and fact include:

a.     Whether, within the four years prior to the filing of this Complaint, one or more members of the CCS Enterprise has placed any calls (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service.

-12-
CLASS ACTION COMPLAINT FOR DAMAGES

b.    Whether, within the four years prior to the filing of this Complaint, one or more members of the CCS has placed any calls to any telephone number assigned to a cellular telephone service (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, where such person is not the debtor (i.e., not the intended recipient of Defendant's call).

c.    Whether, within the four years prior to the filing of this Complaint, one or more members of the CCS has placed any calls to any telephone number assigned to a cellular telephone service (without their prior express consent and not for emergency purposes) through the use of an automatic telephone dialing system or an artificial or prerecorded voice, where such person does not have any debtor-creditor relationship with the Defendant or the Defendants' clients (i.e., the recipient of Defendant's call is a reference, co-signer, family member of the debtor or the like).

d.    Whether each Defendant is a member of the CCS Enterprise and whether the each member should be held vicariously liable for the Prohibited Calls of its other members.

e.    Whether Defendants' conduct was a negligent violation of the TCPA.

f.    Whether Defendants' conduct was knowing and/or willful violation of the TCPA.

g.    Whether each Defendant can meet their burden of proving that they obtained prior express consent for such calls to members of the Classes.

h.    Whether each Defendant should be enjoined from placing such calls in the future.

31.    The Class is ascertainable and can be identified through Defendants' records.

32. Plaintiff and members of the Classes are entitled to statutory damages as provided for under the TCPA.

33. As a person that received numerous calls using an automatic telephone dialing system or an artificial or prerecorded voice: (1) without Plaintiff's prior express consent; (2) as a person who is not even the intended recipient of Defendants' calls; and (3) as a person who does not have a debtor-creditor relationship with any members of the CCS Enterprise or their clients, Plaintiff is asserting claims that are typical of the Consent Class, Error Subclass and No-Relation Subclass.

34. Plaintiff will fairly and adequately represent and protect the interests of the Consent Class, Error Subclass and No-Relation Subclass in that Plaintiff has no interests antagonistic to any member of the Classes.

35. Plaintiff and the members of the Classes have all suffered harm as a result of the Defendants' unlawful and wrongful conduct. Absent a class action, members of the Classes will continue to face the potential for irreparable harm. In addition, these violations of law will be allowed to proceed without remedy and each Defendant will likely continue such illegal conduct. Class-wide damages are essential to induce Defendant to comply with federal law.

36. Because of the size of the individual class member's claims, few, if any, class members could afford to seek legal redress for the wrongs complained of herein.

37. Plaintiff has retained counsel experienced in handling class action claims and claims involving violations of the TCPA.

38. A class action is a superior method for the fair and efficient adjudication of this controversy.

CLASS ACTION COMPLAINT FOR DAMAGES

39.     Each Defendant has acted on grounds generally applicable to the Classes and evidence of Defendants' TCPA violations can be determined on a class-wide basis.

## FIRST CLAIM

### (NEGLIGENT VIOLATIONS OF THE TCPA)

40.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

41.     The forgoing acts and omissions of each Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

42.     As a result of each Defendants' negligent violations of 47 U.S.C. § 227 *et seq.*, Plaintiff and each of the members of the Classes are entitled to statutory damages of $500 for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

43.     Plaintiff and the members of the Classes are also entitled to and seek injunctive relief prohibiting such conduct in the future.

## SECOND CLAIM

### (KNOWING AND/OR WILLFUL VIOLATIONS OF THE TCPA)

44.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

45.     The foregoing acts and omissions of each Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

46.     As a result of each Defendants' knowing and/or willful violations of 47 U.S.C § 227 *et seq.*, Plaintiff and each of the members of the Classes are

1   entitled to treble damages, as provided by statute, up to $1,500, for each and every

2   violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

3       47.     Plaintiff and the members of the Classes are also entitled to and seek

4   injunctive relief prohibiting such conduct in the future.

## PRAYER FOR RELIEF

7       48.     WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff

8   and the members of the Classes the following relief against each Defendant:

9       a.      An Order, pursuant to Federal Rules of Civil Procedure 23(c) and (g)

10  certifying the proposed Consent Class, Error Subclass and No-Relation

11  Subclass (defined herein) and appointing Plaintiff's undersigned counsel of

12  record to represent the Consent Class, Error Subclass and No-Relation

13  Subclass.

14      b.      An Order issuing an injunction, pursuant to 47 U.S.C. § 227(b)(3)(A),

15  enjoining each Defendant from placing any further Prohibited Calls to

16  members of the Classes and complying with the TCPA.

17      c.      As a result of each Defendant's negligent violations of 47 U.S.C. §

18  227(b)(1), Plaintiff seeks for himself and each member of the Classes $500

19  in statutory damages, for each and every violation (each Prohibited Call),

20  pursuant to 47 U.S.C. § 227(b)(3)(B).

21      d.      As a result of each Defendant's willful and/or knowing violation of 47

22  U.S.C. § 227(b)(1), Plaintiff seeks for himself and each member of the

23  Classes treble damages, as provided by statute, up to $1,500 for each and

24  every violation (each Prohibited Call), pursuant to 47 U.S.C. § 227(b)(3)(B)

25  and 47 U.S.C. § 227(b)(3)(C).

26      e.      An award of attorneys' fees and costs to counsel.

CLASS ACTION COMPLAINT FOR DAMAGES

f.    Such other relief as the Court deems just and proper.

## **TRIAL BY JURY**

49.    Plaintiff demands a jury trial on all claims

THE MATHEWS LAW GROUP

Dated:                              By:
                                    Charles T. Mathews,
                                    Attorney for Plaintiff Frank Ortega
                                    and the Proposed Classes

CLASS ACTION COMPLAINT FOR DAMAGES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV11- 522 R (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

==========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| FRANK ORTEGA | CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, CCS COMMERCIAL, LLC, CAPITAL ASSISTANCE GROUP, LLC, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Charles T. Mathews, Patrick Chung, The Mathews Law Group<br>2596 Mission Street, Suite 204, San Marino, CA 91108<br>626.683.8291 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes   ☐ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 6,000,000.--

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
47 U.S.C. § 227 ET SEQ. Unauthorized calls to a wireless number

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV11 0522

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

VIII(b). **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

IX. **VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MIDDLESEX, MASSACHUSETTS |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  1/6/11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

THE MATHEWS LAW GROUP
2596 Mission Street, Suite 204
San Marino, California 91108
Tel: (626) 683-8291

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FRANK ORTEGA, on behalf of himself and all others similarly situated,

PLAINTIFF(S)

v.

CUSTOMER CONTACT SOLUTIONS, LLC,
CCS GLOBAL MANAGEMENT, LLC,
CLAIMASSIST, LLC, CCS COMMERCIAL,
LLC, and CAPITAL ASSISTANCE GROUP,
LLC

DEFENDANT(S).

CASE NUMBER

**CV11 0522** **R** (JEMx)

**SUMMONS**

TO:     DEFENDANT(S): CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, CCS COMMERCIAL, LLC, and CAPITAL ASSISTANCE GROUP, LLC

    A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Charles T. Mathews, Esq._____, whose address is _2596 Mission Street, Suite 204, San Marino, California 91108_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: _____JAN 1 8 2011_____

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

Charles T. Mathews, Esq. (SBN 055889)
THE MATHEWS LAW GROUP
2596 Mission Street, Suite 204
San Marino, California 91108
Tel: (626) 683-8291

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ORTEGA, on behalf of himself and all others similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, CCS COMMERCIAL, LLC, and CAPITAL ASSISTANCE GROUP, LLC<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11 0522 R (JEMx)**<br><br><br>**SUMMONS** |

TO: DEFENDANT(S): CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, CCS COMMERCIAL, LLC, and CAPITAL ASSISTANCE GROUP, LLC

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Charles T. Mathews, Esq._____, whose address is _2596 Mission Street, Suite 204, San Marino, California 91108_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN 1 8 2011

By: _____
       CHRISTOPHER POWERS

Deputy Clerk

*(Seal of the Court)*

1181

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                         SUMMONS

THE MATHEWS LAW GROUP
Charles T. Mathews Esq. SBN 55889
Patrick Chung Esq. SBN 250209
2596 Mission Street, Suite 204
San Marino, California 91108
Ph.:     (626) 683-8291
Fax:     (626) 683-8295

Attorneys for Plaintiff and the Proposed Classes,
FRANK ORTEGA

FILED
11 JAN 18 PM 1:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FRANK ORTEGA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CUSTOMER CONTACT SOLUTIONS, LLC, CCS GLOBAL MANAGEMENT, LLC, CLAIMASSIST, LLC, CCS COMMERCIAL, LLC, and CAPITAL ASSISTANCE GROUP, LLC, <br><br> Defendants. | CASE NO. <br> **CV11 0522 R (JEMx)** <br><br> **CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 ET SEQ.** <br><br> **Jury Trial Demanded** |

Frank Ortega ("Plaintiff"), individually and on behalf of all others similarly situated, allege on personal knowledge, investigation of counsel, and on information and belief as follows:

## INTRODUCTION AND NATURE OF ACTION

1.      Plaintiff brings this action for statutory damages, injunctive relief and any other available legal or equitable remedies, resulting from the illegal actions of

-1-

CLASS ACTION COMPLAINT FOR DAMAGES